
**MATRIX PAYMENT SOLUTIONS**
Powered by  **MEPCO**

Providing Billing Services for Your Automotive Protection Plan
205 NORTH MICHIGAN AVE, SUITE 2200   CHICAGO, IL 60601

228  1 MB 0.439          1          Return Service Requested
**DIANNA MEY**



### PLEASE NOTE
Matrix Payment Solutions is responsible for the marketing, sale, design, administration of claims, or payment of claims under this vehicle service contract.

**THIS IS NOT A BILL**

# CONFIRMATION OF PREAUTHORIZED ACH/CC

**BILLING ACCOUNT NUMBER**          40200459775454

### ACCOUNT AND CONTRACT INFORMATION

**BILLING OR PAYMENT QUESTIONS**

| | |
|---|---|
| Contact Mepco at: | (800)397-6767 |
| Billing Account Number: | 40200459775454 |
| Access your account online at: | WWW.MEPCO.COM |
| User Name: | 40200459775454 |

**QUESTIONS REGARDING THE PURCHASE OF THIS CONTRACT**

| | |
|---|---|
| AUTO ASSURE LLC | (800)794-9104 |
| Contract Number: | ERENEX3020131 |

**COVERAGE, CLAIMS AND REPAIR QUESTIONS**

| | |
|---|---|
| MATRIX PAYMENT SOLUTIONS | (833)228-1900 |
| Contract Number: | ERENEX3020131 |

Dear Valued Customer,

**IMPORTANT NOTICE:**
This letter is to confirm that you have arranged to make recurring payments to Mepco under your vehicle service contract. Pursuant to your Authorization Agreement for Recurring Direct Payments, Mepco will charge/debit your designated credit card or debit card/bank account in the amount of the monthly payments and fees you owe under your vehicle service contact and on or after the date indicated in your debit authorization, in each case subject to additional terms and conditions of your Authorization Agreement for Recurring Direct Payments.

Payment Method Used:   Credit Card
Truncated Account Number:

**WHAT THIS MEANS:**
Each month your payment will be processed automatically by Mepco using the above account information.

**HOW TO STOP AUTOMATIC RECURRING PAYMENTS:**
Your recurring debit authorization will remain in effect until revoked by you in accordance with the terms below:

You may stop your automatic recurring payment at any time by submitting an email to request to stop recurring payments on our website at www.mepco.com, by mailing a written statement expressly revoking this authorization to Mepco, 205 North Michigan Ave - Suite 2200 / Chicago, Illinois 60601, or by calling Mepco's Customer Service department at (800) 397-6767.

\*\*\* Please note, Mepco will require a reasonable time, but in no event less than 10 calendar days following the receipt of this authorization or any change to or revocation of this authorization, to act on the authorization, change or revocation.

**If you have not requested this change to automatic recurring payments, please contact our office immediately.**

If you have any questions regarding this notice please contact our Customer Service department at (800) 397-6767 Monday through Friday from 8:00 am to 5:00 pm CST.

Sincerely,

Mepco






**MATRIX PAYMENT SOLUTIONS**

Powered by MEPCO

Providing Billing Services for Your Automotive Protection Plan
205 NORTH MICHIGAN AVE, SUITE 2200   CHICAGO, IL 60601

000228   228  1 MB 0.439   1   Return Service Requested

DIANNA MEY

**THIS IS NOT A BILL**

# WELCOME LETTER

| ACCOUNT INFORMATION | 40200459775454 |
|---|---|
| Billing Account Number: | 40200459775454 |
| Seller Contract Number: | ERENEX3020131 |

Dear Valued Customer,

## Congratulations on your purchase of a vehicle service contract from AUTO ASSURE LLC

We appreciate your business! Mepco is the company that will process your monthly payments for this contract. Matrix Payment Solutions is responsible for the marketing, sale, design, administration of claims, or payment of claims under this vehicle service contract.

Please carefully review the information on the next page and confirm your monthly payment method and the terms of your vehicle service contract. If you have any questions or if the terms are different than you agreed to, please call our office immediately.

You may access your account online at **www.mepco.com** to make payments and review important account details such as remaining balance, contract details, and more.

| MEPCO.COM LOGIN INFORMATION | |
|---|---|
| User Name: | 40200459775454 |
| Password*: | ME40DI108606 |

*You will be prompted to change your password upon your first time logging in.

Thank you for your business.  We look forward to servicing your account.

Mepco

Rev. 06/2017

| **FACTS** | **WHAT DOES MEPCO DO WITH YOUR PERSONAL INFORMATION?** |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>■ Social Security number and Credit Card and/or Checking Account Information<br>■ Account Balance and Account Transaction and Transaction History<br>■ Payment History and Other Personally Identifiable Information<br><br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
| **How?** | All financial companies need to share **customers'** personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Mepco chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Mepco share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes—** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes—** to offer our products and services to you | No | We Don't Share |
| **For joint marketing with other financial companies** | No | We Don't Share |
| **For our affiliates' everyday business purposes—** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes—** information about your creditworthiness | No | We Don't Share |
| **For nonaffiliates to market to you** | No | We Don't Share |

| **Questions?** | Call 800-397-6767    or go to www.Mepco.com |
|---|---|



Page 2

| Who we are | |
|---|---|
| Who is providing this notice? | Mepco |

| What we do | |
|---|---|
| How does Mepco protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| How does Mepco collect my personal information? | We collect your personal information, for example, when you<br>■ Open An Account      or Give Us Your Contract Information<br>■ Use Your Credit Card     or Debit Card<br>■ Provide Account Information to Pay us by Check or ACH<br><br>We also collect your personal information from other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>■ sharing for affiliates' everyday business purposes—information about your creditworthiness<br>■ affiliates from using your information to market to you<br>■ sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. |

| Definitions | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>■ *Our affiliates include financial companies such as Seabury Capital.* |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>■ *Non-affiliates we share with can include the company that sold you your vehicle service contract and service contract administrators.* |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>■ *Mepco does not jointly market.* |

| Other important information | |
|---|---|

For California residents, Mepco may collect personally identifiable information via your activity on our website, www.Mepco.com. We reserve the right to not respond to "Do Not Track" requests received as the information collected is for the purpose of, and used in the course of, reasonable business processes as described above. Please contact Mepco's Customer Service | Business Support Services department at (800) 397-6767 with any questions.