WVND (January 2014)
Notice of Attorney Appearance and Counsel Contact Form

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

DIANA MEY
*Plaintiff*

V.                                    Case No. 5:21-CV-00062

SING FOR SERVICE, LLC d/b/a MEPCO, et al
*Defendant*

## NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT FORM

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sing for Service, LLC d/b/a MEPCO.

Date: 12/22/2021

*Attorney's signature*

Kaitlyn N. McKitrick (12782)
*Printed name and bar number*

Bowles Rice LLP
125 Granville Square, Ste. 400
Morgantown, WV 26501

*Address*

kmckitrick@bowlesrice.com
*E-mail address*

(304) 285-2517
*Telephone number*

(304) 285-2575
*FAX number*