# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| DIANA MEY, on behalf of herself and a class of others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>MATRIX WARRANTY SOLUTIONS, INC., MATRIX FINANCIAL SERVICES, LLC, SING FOR SERVICE, LLC, JOHN DOE DEFENDANTS 1-5, and HARDTACK, INC.,<br><br>　　Defendants. | Case No. 5:21-cv-00062-JPB<br>Hon. John Preston Bailey |

## DEFENDANT, SING FOR SERVICE, LLC D/B/A MEPCO'S MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the accompanying brief, Defendant SING for Service, LLC d/b/a Mepco ("Mepco"), by and through its undersigned counsel, moves this Court, pursuant to Fed. R. Civ. P. 56(a), for entry of an Order of summary judgment, dismissing Plaintiff Diana Mey's Complaint as to Mepco in its entirety.

Respectfully submitted,

/s/Kaitlyn N. McKitrict
Kaitlyn N. McKitrick (WVSB #12782)
Bowles Rice LLP
125 Granville Square, Suite 400
Morgantown, WV  26501
(304) 285-2517
kmckitrick@bowlesrice.com

Patrick R. Hanes (WVSB #12472)
Williams Mullen
999 Waterside, Suite 1700
Norfolk, VA  23510
phanes@williamsmullen.com


Brion B. Doyle (MISB #P67870)
Varnum LLP
333 Bridge Street NW, Suite 1700
P.O. Box 352
Grand Rapids, MI 49504
bbdoyle@varnumlaw.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| DIANA MEY, on behalf of herself and a class of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MATRIX WARRANTY SOLUTIONS, INC., MATRIX FINANCIAL SERVICES, LLC, SING FOR SERVICE, LLC, JOHN DOE DEFENDANTS 1-5, and HARDTACK, INC.,<br><br>    Defendants. | Case No. 5:21-cv-00062-JPB<br>Hon. John Preston Bailey |

## **CERTIFICATE OF SERVICE**

    I certify that on the 24th day of February 2023, I filed the Defendant SING for Service LLC d/b/a MEPCO's Motion for Summary Judgment and supporting memorandum of law using the Court's CM/ECF system which will send notification to counsel of record.:

Andrew C. Robey, Esq.
Ryan McCune Donovan
Hissam Forman Donovan Ritchie PLLC
707 Virginia Street, East Suite 260
P.O. Box 3983
Charleston, WV  25301
arobey@hfdrlaw.com
rdonovan@hfdrlaw.com
*Attorneys for Plaintiff*

Gordan H. Copland, Esq.
Steptoe & Johnson PLLC
400 White Oaks Blvd.
Bridgeport, WV  26330
Gordan.copland@steptoe-johnson.com

Kristen Andrews Wilson, Esq.
Steptoe & Johnson, PLLC
1233 Main Street, Ste. 3000
P.O. Box 751
Wheeling, WV  26003-0751
Kristen.andrews-wilson@steptoe-johnson.com

Joseph P. Bowser, Esq. (Pro Hac Vice)
Roth Jackson Gibbons Condlin, PLC
1519 Summit Avenue, Suite 102
Richmond, VA  23230
jbowser@rothjackson.com
*Attorneys for Matrix Defendants*

                                     /s/Kaitlyn N. Mckitrick
                                     Kaitlyn N. McKitrick (WVSB #12782)