

**HISSAM FORMAN DONOVAN RITCHIE** PLLC

Kim Thomas
*Paralegal*
kthomas@hfdrlaw.com
P.O. Box 3983
Charleston, WV 25339
t: 681.265.3802
f: 304-982-8056

January 17, 2023

Joseph Burker
322 Imperial Way
Falling Waters, WV 25419-4603

    Re:    Mey v. Matrix Warranty Solution, et al.

Mr. Burker:

    Enclosed for your review is a *Declaration* in the above-referenced matter. If the *Declaration* meets with your approval, please sign and return it to me in the enclosed self-address, stamped envelope.

    If you have any questions, please do not hesitate to contact me.

                               Sincerely,

                               *Kim Thomas*

                               Kim Thomas

Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

DIANA MEY, on behalf of herself
and a class of others similarly situated,

    Plaintiff,

v.

                                        Civil Action No. 5:21-cv-00062

MATRIX WARRANTY SOLUTIONS,
INC., et al.

    Defendants.

## DECLARATION

I, Joseph Burcker, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1.    On December 21, 2018, I received a phone call to my phone number at 304-283-7669.

2.    When I answered the call, a prerecorded message was played. After listening to the prerecorded message, I was transferred to a live agent who solicited a vehicle service contract.

3.    As a result of that call, I purchased a vehicle service contract administered by Matrix Warranty Solutions and Matrix Financial Services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____           _____
Date                               Joseph Burcker



Kim Thomas
*Paralegal*
kthomas@hfdrlaw.com
P.O. Box 3983
Charleston, WV 25339
t: 681.265.3802
f: 304-982-8056

January 17, 2023

Joseph Burker
322 Imperial Way
Falling Waters, WV 25419-4603

    Re:    Mey v. Matrix Warranty Solution, et al.

Mr. Burker:

    Enclosed for your review is a *Declaration* in the above-referenced matter. If the *Declaration* meets with your approval, please sign and return it to me in the enclosed self-address, stamped envelope.

    If you have any questions, please do not hesitate to contact me.

    Sincerely,

    *Kim Thomas*

    Kim Thomas

Enclosure

Feb 7-2023     Joseph A. Burcker
Date                Joseph Burcker