IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

DIANA MEY, on behalf of herself
and a class of others similarly situated,

    Plaintiff,

v.                                              Civil Action No. 5:21-cv-00062

MATRIX WARRANTY SOLUTIONS, INC., et al.

    Defendants.

### PLAINTIFF'S EXPERT WITNESS BIOGRAPHICAL SKETCH

Plaintiff Diana Mey submits the following biographical sketch for her expert, Anya Verkhovskaya:

Anya Verkhovskaya
President and Chief Executive Officer
Class Experts Group, LLC
740 West Glen Oaks Lane
Mequon, WI 53092

Ms. Verkhovskaya is the President and CEO of Class Experts Group, LLC and regularly serves as an expert witness, providing opinions and testimony in state and federal court relating to class member identification and location, class certification, notice adequacy, claims administration, and settlement disbursal. *See* ECF 153-18, 4-5 (Amend. Expert Report). This Court and others have previously accepted Ms. Verkhovskaya's expert opinions relating to the identification of class members in TCPA class action cases. *See, e.g., Vance v. DirecTV, LLC*, 2022 WL 3044653, at *5

(N.D.W. Va. Aug. 1, 2022); *Krakauer v. Dish Network, L.L.C.*, 2015 WL 5227693 (M.D. N.C. Sept. 8, 2015).

Here, Ms. Verkhovskaya is offered for two narrow purposes: First, Ms. Verkhovskaya has offered a simple, scalable method by which she can identify class members that have payment plan agreements with a "per phone" notation. *Id.* at 4. As such, Ms. Verkhovskaya has detailed the manner in which she can programmatically identify each payment plan agreement containing a "per phone" notation while filtering out customers with inoperable phone numbers, duplicate entries, and other disqualifying attributes. *Id.* at 15-17. Ms. Verkhovskaya's method thus obviates the need to manually review 10,000-plus payment plan agreements. Second, Ms. Verkhovskaya has offered a reliable method of efficiently and effectively giving notice to the proposed class under Federal Rule of Civil Procedure 23. *Id.* at 17-19.

**DIANA MEY**

By Counsel:

/s/ Andrew C. Robey
Ryan M. Donovan (WVSB #11660)
Andrew C. Robey (WVSB #12806)
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339
t: 681-265-3802
f: 304-982-8056
rdonovan@hfdrlaw.com
arobey@hfdrlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel does hereby certify that on March 24, 2023, a true copy of the foregoing document was served upon all parties of record electronically via ECF notice.

/s/ Andrew C. Robey