IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

DIANA MEY, on behalf of herself
and a class of others similarly situated,

    Plaintiff,

v.                                                   Civil Action No. 5:21-cv-00062

MATRIX WARRANTY SOLUTIONS, INC., et al.

    Defendants.

## PLAINTIFF'S PROPOSED VERDICT FORM

Plaintiff Diana Mey submits the following proposed verdict form. Plaintiff reserves the right to amend the verdict form should the needs of the case change at or before trial.

**DIANA MEY**

By Counsel:

/s/ Andrew C. Robey
Ryan M. Donovan (WVSB #11660)
Andrew C. Robey (WVSB #12806)
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339
t: 681-265-3802
f: 304-982-8056
rdonovan@hfdrlaw.com
arobey@hfdrlaw.com

**1.     Do you find that the calls to Ms. Mey and the members of the class were placed by an agent of Matrix or that Matrix ratified the actions of that caller?**

YES _____         NO _____

If you answered "Yes" to Question No. 1, proceed to Question No. 2. If you answered "No" to Question No. 1, your deliberations are complete.

**2.     Did Matrix's agent violate the Telephone Consumer Protection Act by sending an artificial or prerecorded voice message to Ms. Mey and the members of the class?**

YES _____         NO _____

If you answered "Yes" to Question No. 2, proceed to Question No. 3. If you answered "No" to Question No. 2, your deliberations are complete.

**3.     Do you find that these violations were willful or in knowing disregard for the law?**

YES _____         NO _____

Your deliberations are complete, please have the foreperson sign and date the bottom of the Verdict Form and return it to the Court.

_____          _____
Date                              Foreperson

**CERTIFICATE OF SERVICE**

The undersigned counsel does hereby certify that on March 23, 2023, a true copy of the foregoing document was served upon all parties of record electronically via ECF notice.

/s/ Andrew C. Robey