IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

| | | |
|---|---|---|
| DIANA MEY, on behalf of herself and a class of others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 5:21-cv-00062 |
| MATRIX WARRANTY SOLUTIONS, INC., et al, | § § § § | Judge Bailey |
| Defendants. | § § | |

**JOINT STATUS REPORT REGARDING PENDING BANKRUPTCY CASES**

Plaintiff Diana Mey and Defendants Matrix Warranty Solutions, Inc. and Matrix Financial Services, LLC, through counsel, file this *Joint Status Report Regarding Pending Bankruptcy Cases* in response to the Court's *Order* [Docket No. 249] requesting a Status Report, and respectfully represent as follows:

1. On July 23, 2023, Matrix Warranty Solutions, Inc. filed a Voluntary Petition under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "Bankruptcy Court"), as Case No. 23-42132-elm7 (the "Matrix Warranty Bankruptcy Case"). Behrooz Vida is the duly appointed Chapter 7 Trustee in the Matrix Warranty Bankruptcy Case.

2. On July 23, 2023, Matrix Financial Services, LLC filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code in the Bankruptcy Court, as Case No. 23-42133-mxm7 (the "Matrix Financial Bankruptcy Case"). John Dee Spicer is the duly appointed Chapter 7 Trustee in the Matrix Financial Bankruptcy Case.

3. At this time, both the Matrix Warranty Bankruptcy Case and the Matrix Financial Bankruptcy Case remain open and pending in the Bankruptcy Court.

4. On July 1, 2024, Class Counsel (who now represents a certified class of creditors in the Bankruptcy Cases) met with Matrix's bankruptcy counsel (Forshey Prostok, LLP), along with the Trustee and the Trustee's Special Counsel, in Dallas, to discuss the possibility of a global resolution of the class claims.

5. The parties were unable to reach a resolution.

6. After consultation with the Trustee, the Class intends to move for leave to amend its Complaint by adding claims against non-Debtor entities, and to request that the Bankruptcy Court allow the Class to liquidate its claim against the Debtors in the Northern District of West Virginia.

7. Upon submission of its motion to amend the complaint, the Class will request that the Court enter a schedule setting a trial date as soon as is practicable.

8. Respectfully submitted this 8th day of July, 2024.

**DIANA MEY**

By Counsel

*/s/ Andrew C. Robey*
Ryan McCune Donovan (WV Bar No. 11660)
Andrew C. Robey (WV Bar No. 12806)
Hissam Forman Donovan Ritchie PLLC
700 Virginia Street, East Suite 210
Post Office Box 3983
Charleston, WV 25301
T: (681) 265-3802
F: (304) 982-8056
rdonovan@hfdrlaw.com
arobey@hfdrlaw.com

**MATRIX WARRANTY SOLUTIONS, INC., AND MATRIX FINANCIAL SERVICES, LLC**

By Counsel

*/s/ Gordon H. Copland*
Gordon H. Copland (WV Bar No. 828)
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
T: (304) 933-8162
F: (304) 933-8601
gordon.copland@steptoe-johnson.com

Kristen Andrews Wilson (WV Bar No.11342)
STEPTOE & JOHNSON PLLC
1233 Main Street, Ste. 3000
P.O. Box 751
Wheeling, WV 26003-075
T: (304) 231-0444
F: (304) 233-0014
kristen.andrews-wilson@steptoe-johnson.com

and

Joseph P. Bowser, *Pro Hac Vice*
(VA State Bar/Federal Bar No. 88399)
ROTH JACKSON GIBBONS CONDLIN, PLC
1519 Summit Avenue, Suite 102
Richmond, VA 23230
T: 804-441-8701
F: 804-441-8438
jbowser@rothjackson.com

C. Taylor Smith, *Pro Hac Vice*
(VA State Bar/Federal Bar No. 97376)
ROTH JACKSON GIBBONS CONDLIN, PLC
1519 Summit Avenue, Suite 102
Richmond, VA 23230
T: 804-729-4440
F: 804-441-8438
tsmith@rothjackson.com

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA
### AT WHEELING

| | | |
|---|---|---|
| DIANA MEY, on behalf of herself and a class of others similarly situated, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 5:21-cv-00062 |
| | § | Judge Bailey |
| MATRIX WARRANTY SOLUTIONS, INC., et al, | § § § | |
| Defendants. | § | |

## CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that on July 8, 2024, a true copy of the foregoing document was served upon all parties of record electronically via this Court's CM/ECF system.

/s/ Andrew C. Robey