IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
**Wheeling**

**DIANA MEY**, on behalf of herself and a class
of others similarly situated,

Plaintiff,

v.

**MATRIX WARRANTY SOLUTIONS, INC.,
MATRIX FINANCIAL SERVICES, LLC,
EVERYTHING BREAKS INC., JAY TUERK,
JOEL SAN ANTONIO**, and **BRANDON
SAN ANTONIO**,

Defendants.

**CIVIL ACTION NO. 5:21-CV-62**
Judge Bailey

## ORDER

The parties are hereby **ORDERED** to file a status report regarding this matter on or

before **May 20, 2026**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: May 6, 2026.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE